of MARY FRANK, Deceased, Appellant; RANDINE KARLSEN, Respondent. (Appeal No. 1.) — Decree of the Surrogate's Court of Richmond county affirmed, without costs. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

In the Matter of the Probate of the Nuncupative Will of AUGUST WALTER BUSS, Late of the County of Richmond. WILLIAM FRANK, Individually and as Administrator, etc., of MARY FRANK, Deceased, Appellant; RANDINE KARLSEN, Respondent. (Appeal No. 2.) — Order denying motion to resettle order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

In the Matter of the Petition of MICHAEL CRANE, Respondent, to Prove the Last Will and Testament of PATRICK CRANE, Deceased. MARY A. ROUSE and Others, Appellants.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Blackmar, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

In the Matter of the Estate of ROBERT DAVIS, JR., Deceased. AARON DAVIS, as Coadministrator and as Attorney in Fact of ROBERT DAVIS, etc., Appellant; SARAH H. CORWITH and Another, Administrators, etc., Respondents.— Order of the Surrogate's Court of Suffolk county unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

In the Matter of the Application of ADELE MELLOR, Respondent, for a Writ of Habeas Corpus for the Discharge of HELEN G. MELLOR, v. MARY HINKLEY, Superintendent of the New York Training School for Girls at Hudson, N. Y., Appellant, Impleaded with Another.— Order reversed, and defendant discharged, on the ground that the petition was insufficient to warrant the issuance of the writ. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

In the Matter of the Petition of AMY B. PALMER, Respondent, to Modify Judgment of Divorce between Said AMY B. PALMER and LOWELL M. PALMER, JR., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ., concur.

IRVING LASH, Appellant, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA and DORFMAN REALTY COMPANY, INC., Respondents, Impleaded with JOSEPH SIMON and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

CATHERINE MARA, Plaintiff, v. LEBANON TERRACE BUILDERS, INC., and Others, Defendants, Impleaded with HENRY C. ROSE, Appellant. (Actions 1 and 2.) JOHN E. L. BEALS, Plaintiff, v. LEBANON TERRACE BUILDERS, INC., and Others, Defendants, Impleaded with HENRY C. ROSE, Appellant. (Actions 1 and 2.) (Appeal No. 1.) — Order of the County Court of Queens county, vacating previous order obtained ex parte, affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

CATHERINE MARA, Plaintiff, v. LEBANON TERRACE BUILDERS, INC., and Others, Defendants, Impleaded with HENRY C. ROSE, Appellant. (Actions 1 and 2.) JOHN E. L. BEALS, Plaintiff, v. LEBANON TERRACE BUILDERS, INC.,

and Others, Defendants, Impleaded with HENRY C. ROSE, Appellant. (Actions 1 and 2.) (Appeal No. 2.)— Order of the County Court of Queens county denying the application of defendant Rose for payment of moneys in receiver's hands affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

BENJ. MARKOWITZ, INC., Appellant, v. THE HOME INSURANCE COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

BENJ. MARKOWITZ, INC., Appellant, v. FIDELITY-PHENIX FIRE INSURANCE COMPANY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

BENJ. MARKOWITZ, INC., Appellant, v. THE INSURANCE COMPANY OF NORTH AMERICA OF PHILADELPHIA, PA., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

HAROLD MARZ, an Infant, by CHARLES MARZ, His Guardian ad Litem, Respondent, v. PHILIP DIETZ, Doing Business under the Name of PHILIP DIETZ COAL COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

CHARLES MARZ, Respondent, v. PHILIP DIETZ, Doing Business under the Name of PHILIP DIETZ COAL COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

JOHN MAZUKIEWICZ, Respondent, v. THE HANOVER NATIONAL BANK OF THE CITY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

JAMES McCABE, Respondent, v. TURNER & BLANCHARD, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

CHARLES J. MISSIR, Appellant, v. SMYRNA THEATRE COMPANY and Others, Respondents.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon authority of *Missir* v. *American Oriental Ice Mfg. Co.* (201 App. Div. 756), decided herewith. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

HOMER MOORE, Respondent, v. M. P. SMITH & SONS CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ., concur.

THE MOUNT VERNON COMPANY, SILVERSMITHS, INC., Respondent, v. THE MOUNT VERNON METAL PRODUCTS COMPANY, INC., Appellant.— Order modified so as to limit the examination before a justice at Special Term to the issues set forth in the notice numbered 5, 6, 7 and 8; and as so modified affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

TOBIAS P. MULLEN, Respondent, v. SIOLA RUBBER MANUFACTURING COMPANY, INC., Appellant.— The jury's finding that plaintiff was wrongfully discharged from his employment is supported by the evidence and will not be disturbed on